# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Steven M. Zook, | : | Case No. 18-24626-GLT |
| | : | |
| Debtor. | : | Chapter  13 |
| | : | |
| Steven M. Zook, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 9, 12 |
| v. | : | |
| | : | |
| ACAR Leasing LTD, Amber Zook, Borough of Avalon, Capital One, Becket and Lee LLP, Cavalry Portfolio Services, Cenlar FSB, Chase Card Services, Citibank SD, N.A., Duquesne Light Company, GM Financial, KML Law Group, PC, Kohl's Department Stores, Inc., LVNV Funding, LLC, Pingora Loan Servicing, LLC, Westlake Financial Services, | : | |
| Creditors, | : | |
| and | : | |
| Ronda J. Winnecour, Trustee, | : | **Hearing Date and Time:** |
| | : | December 19, 2018 at 8:30 a.m. |
| Respondents. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion and Proposed Order filed on December 4, 2018 at Document No. 9 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Order Setting Hearing at Document No. 12, Objections were to be filed and served no later than December 18, 2018 by 12:00 p.m.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion recorded at Document No. 9 be entered by the Court.

Date: December 18, 2018          /s/ Brian C. Thompson
                                 Brian C. Thompson, Esquire
                                 Attorney for Debtor(s)

PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com