**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/18/18 5:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: Steven M. Zook, | : | Bankruptcy No. 18-24626-GLT |
| Debtor. | : | |
| _____ | : | Chapter 13 |
| Steven M. Zook, | : | |
| Movant, | : | Related Dkt. No. 17 |
| v. | : | |
| No Respondents | : | |
| Respondent. | : | |

**ORDER EXTENDING TIME TO FILE SCHEDULES, PLAN,
STATEMENT OF AFFAIRS, DECLARATION REGARDING ELECTRONIC FILING
AND RELATED DOCUMENTS**

AND NOW, upon consideration of Debtor's Motion for Order Extending Time to File Schedules, Plan, Statement of Financial Affairs, Declaration Re: Electronic Filing and Related Documents, it is hereby ORDERED, ADJUDGED and DECREED that the deadline for Debtor to file her schedules, plan, statement of financial affairs, Attorney Disclosure Statement, Employee Income Record, Declaration Re: Electronic Filing, Summary of Schedules and related documents is hereby extended to December 28, 2018. It is further ORDERED that this Order is entered without prejudice to the Debtor's right to seek further extensions of such deadline, should circumstances so require.

Dated:  12/18/18

_____
United States Bankruptcy Judge

cm: Brian Thompson, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven M. Zook  
       Debtor

Case No. 18-24626-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Dec 19, 2018  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.  
db          +Steven M. Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:

           Brian C. Thompson     on behalf of Debtor Steven M. Zook bthompson@ThompsonAttorney.com,  
            blemon@thompsonattorney.com;LMichaels@thompsonattorney.com;jwrzosek@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com  
           James Warmbrodt     on behalf of Creditor    Cenlar as servicer for Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
           Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
           Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
                                                                                                                   TOTAL: 5