**Form 149**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Steven M. Zook**
Debtor(s)

Bankruptcy Case No.: 18–24626–GLT
Issued Per 2/11/2019 Proceeding
Chapter: 13
Docket No.: 36 – 29
Concil. Conf.: June 13, 2019 at 10:00 AM

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated December 28, 2018 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☑ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jun. 13, 2019 at 10:00 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 8 of Pingora Loan Servicing .

☑ H. Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds $4,000.00 including any fees paid to prior counsel.

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.     Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.     Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.     Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.     Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.     Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: February 28, 2019

cc:  All Parties in Interest to be served by Clerk in seven (7) days

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                             Case No. 18-24626-GLT
Steven M. Zook                                                     Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas                  Page 1 of 2                  Date Rcvd: Feb 28, 2019
                              Form ID: 149                Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db             +Steven M. Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807
cr             +Borough of Avalon,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES 15219-6101
14957693       +ACAR Leasing LTD,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14957694       +Amber Zook,    180 Mt. Pleasant Road,    Warrendale, PA 15086-7555
14996828       +Borough of Avalon,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14957695       +Borough of Avalon,    c/o Goehring Rutter & Boehm,    Jeffrey R. Hunt Esquire,
                 437 Grant Street, 14th Floor, Frick Bldg,    Pittsburgh, PA 15219-6107
14957697       +Capital One,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
14969387        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14957699       +Cenlar FSB,    PO Box 77404,    Ewing, NJ 08628-6404
14989825       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14957700       +Chase Card Services,    PO Box 15298,    Wilmington, DE 19850-5298
14957701       +Citibank SD, N.A.,    PO Box 6241,    Sioux Falls, SD 57117-6241
14957702       +Duquesne Light Company,    Payment Processing Center,    PO Box 67,    Pittsburgh, PA 15267-0067
14957703        GM Financial,    PO Box 1181145,    Arlington, TX 76096
14957704       +KML Law Group, PC,    Mellon Independence Center, Ste 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14957707       +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,    Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14957696        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:17:16     Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
14971212        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 01 2019 03:16:31
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14957698       +E-mail/Text: bankruptcy@cavps.com Mar 01 2019 03:02:15     Cavalry Portfolio Services,
                 500 Summit Lake Drive,    Suite 4A,   Valhalla, NY 10595-2323
14959985       +E-mail/Text: bankruptcy@cavps.com Mar 01 2019 03:02:15     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14986991       +E-mail/Text: kburkley@bernsteinlaw.com Mar 01 2019 03:02:35     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14957705       +E-mail/Text: bncnotices@becket-lee.com Mar 01 2019 03:01:20     Kohl's Department Stores, Inc.,
                 PO Box 3115,    Milwaukee, WI 53201-3115
14957706       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 01 2019 03:16:07     LVNV Funding, LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14984108        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 01 2019 03:17:49     Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14957708       +E-mail/Text: bankruptcynotice@westlakefinancial.com Mar 01 2019 03:01:55
                 Westlake Financial Services,    4751 Wilshire Blvd.,    Suite 100,   Los Angeles, CA 90010-3847
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Cenlar as servicer for Pingora Loan Servicing, LLC
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
14989837*      +Pingora Loan Servicing, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,   Ewing, NJ 08618-1430
                                                                                        TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-2              User: dbas                Page 2 of 2               Date Rcvd: Feb 28, 2019
                                  Form ID: 149              Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2019 at the address(es) listed below:

```
          Brian C. Thompson    on behalf of Debtor Steven M. Zook bthompson@ThompsonAttorney.com,
           blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
           hompsonattorney.com
          James  Warmbrodt    on behalf of Creditor   Cenlar as servicer for Pingora Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```