## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** STEVEN M. ZOOK
- **Case Number:** 18-24626-GLT     **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 13, 2019 10:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#29 - Final Confirmation of Plan Dated 12/28/2018 (NFC)
R / M #:  29 / 0

### *Appearances:*

Debtor:  Lemon
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 7/11/19 at 2:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/6/2019   4:05:32PM