# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| Steven M. Zook, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 50 |
| v. | : | |
| | : | |
| LoanCare, LLC, | : | |
| | : | |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jill A. Gorzé, Paralegal, certify under penalty of perjury that I served the Wage Attachment Order and Notification of Debtor's Social Security Number on Debtor's employer at the address listed below on July 22, 2019, via first class mail postage prepaid:

**LoanCare, LLC**
**ATTN: Payroll Department**
**601 Riverside Avenue, V-6**
**Jacksonville, FL  32204**

Executed on:   July 22, 2019

/s/Brian C. Thompson, Esquire
Signature of Chapter 13 Trustee or Attorney for Debtor(s)

Brian C. Thompson, Esquire
Typed Name of Chapter 13 Trustee or Attorney for Debtor(s)

125 Warrendale Bayne Road, Suite 200, Warrendale, PA 15086
Address of Chapter 13 Trustee or Attorney for Debtor(s)

(724) 799-8404     Pa. I.D. #91197
Phone No. and Pa. I.D. No. of Chapter 13 Trustee or Attorney for Debtor(s)