FILED
8/30/19 4:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Steven M. Zook, | : | Document No.: |
| Movant, | : | Related to Document No.: 53 and 55 |
| v. | : | |
| Cenlar, FSB, | : | |
| Respondent. | : | |

## PROPOSED ORDER

A *Motion for Loss Mitigation* was filed by *Steven M. Zook* on August 27, 2019 at Docket No. 53. The Motion was filed in error.

It is hereby ORDERED that the Motion for Loss Mitigation, the Certification of LMP Eligibility and Readiness is hereby WITHDRAWN.

 8/30/19                                                                                    _____
Date                                                                 United States Bankruptcy Judge

cm: Brian Thompson, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Steven M. Zook
      Debtor

Case No. 18-24626-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Sep 03, 2019
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.
db            +Steven M. Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:
            Brian C. Thompson    on behalf of Debtor Steven M. Zook bthompson@ThompsonAttorney.com,
             blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;bwamsley@thompsonattorney.com
            James Warmbrodt    on behalf of Creditor    Cenlar as servicer for Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
            Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com
            Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6