**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Steven M. Zook, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 66 |
| v. | : | |
| | : | |
| Cenlar, FSB, | : | |
| | : | |
| Respondent. | : | |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jill A. Gorzé, Paralegal, hereby certify under penalty of perjury that I served the foregoing Loss Mitigation Status Report and Portal History on the following parties listed below on November 12, 2019, via electronic mail and/or first-class postage prepaid mail:

Cenlar, FSB
ATTN: Bankruptcy Department
425 Phillips Boulevard
Ewing, NJ  08618

James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Ronald J. Winnecour, Esquire
Office of the Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of the U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA  15222

Dated:  November 12, 2019

/s/ Jill A. Gorzé
Jill A. Gorzé, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jgorze@thompsonattorney.com