Filed
1/6/20 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:  Steven M. Zook,                  :       Bankruptcy Case No.: 18-24626-GLT
                                         :
Debtor.                                  :       Chapter 13
_____      :
Steven M. Zook,                          :
                                         :       Document No.:
Movant,                                  :
                                         :       Related to Document No.:  68
v.                                       :
                                         :
Cenlar, FSB,                             :
                                         :
Respondent.                              :

### MODIFIED ORDER GRANTING MOTION FOR STATUS CONFERENCE
### REGARDING LOSS MITIGATION AND SCHEDULING STATUS CONFERENCE

On this  6th  day of  January  , 2020, upon consideration of Debtor's Motion for Status

Conference Regarding Loss Mitigation, for the reasons stated in the Motion, it is hereby ORDERED,

ADJUDGED, and DECREED that a Status Conference Regarding Loss Mitigation is hereby set for the

 15th  day of  January  , 2020 at 10 a.m. in Courtroom A 54th Floor U.S. Steel Tower
600 Grant St., Pittsburgh, PA 15219.  An attorney or a representative of Cenlar with knowledge of the file shall
appear at the January 15, 2020 Status Conference.

Dated: 1/6/20

GREGORY L. TADDONIO
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-24626-GLT
Steven M. Zook                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: lfin            Page 1 of 1          Date Rcvd: Jan 06, 2020
                           Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 08, 2020.
db             +Steven M. Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2020 at the address(es) listed below:
          Brian C. Thompson    on behalf of Debtor Steven M. Zook bthompson@ThompsonAttorney.com,
          blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@t
          hompsonattorney.com;mswenson@thompsonattorney.com
          James Warmbrodt    on behalf of Creditor    Cenlar as servicer for Pingora Loan Servicing, LLC
          bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com,  cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 6