FILED
1/15/20 3:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                 : Case No.: 18-24626-GLT
                                                                       : Chapter: 13
Steven M. Zook                                                         :
                                                                       :
                                                                       : Date: 1/15/2020
              Debtor(s).                                               : Time: 10:00

## PROCEEDING MEMO

**MATTER:** # 68 Status Conference Regarding Loss Mitigation
[A representative of Cenlar shall personally appear at the Status Conference]

**APPEARANCES:**
  Debtor:   Brent Lemon
  Trustee:  Kate DeSimone
  Cenlar:   James Warmbrodt

**NOTES:** (9:53)
Court: The hearing is occurring before the scheduled time with the consent of all parties.

Lemon: Mr. Warmbrodt and I have reached an understanding that we need to resolve a few of these issues. Two ex-spouses do not need to be involved.

Warmbrodt: Cenlar indicated why they were requesting the divorce documents was to see if someone had been granted the property through the divorce decree.

Court: I have a concern that the documents were uploaded in September 2019, the lender took a month to review the package, and then stated the package was incomplete. That is too much time. Who is the current wife?

Lemon: Kimberly.

Court: There was not a lot of follow up from the debtor explaining what was going on with the divorce actions. You can have 75 more days in loss mitigation.

**OUTCOME:**

1. Status Conference Regarding Loss Mitigation [Dkt. No. 68] is CONCLUDED. [Text Order to Issue]

2. The Loss Mitigation period is EXTENDED through March 31, 2020 [Text Order to Issue]

**DATED:** 1/15/2020