**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
6/17/20 4:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| Debtor. | : | Chapter 13 |
| Steven M. Zook, | : | Document No.: |
| Movant, | : | Related to Document No.: 89 |
| v. | : | |
| Cenlar, FSB, | : | |
| Respondent. | : | |

## ORDER

A *Loss Mitigation Order* dated April 15, 2020, was entered in the above matter at Document No. 84. On May 15, 2020, a **Motion to Extend the Loss Mitigation Period** was filed by the Debtors.

**AND NOW**, this 17th day of June, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that the loss mitigation period is *extended up to and including* August 31, 2020.

Dated: 6/17/20

_____
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Steven M. Zook  
     Debtor  
Case No. 18-24626-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Jun 17, 2020  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2020.
db         +Steven M. Zook,    905 Jackman Avenue,    Pittsburgh, PA 15202-2807

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2020                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2020 at the address(es) listed below:
       Brian C. Thompson    on behalf of Debtor Steven M. Zook bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;mgillespie@thompsonattorney.com;bthompson@ecf.courtdrive.com;jgorze@thompsonattorney.com;jcastello@thompsonattorney.com;kbelko@thompsonattorney.com  
       James Warmbrodt    on behalf of Creditor    Cenlar as servicer for Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com  
       Jeffrey R. Hunt    on behalf of Creditor    Borough of Avalon jhunt@grblaw.com, cnoroski@grblaw.com  
       Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                             TOTAL: 6