## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Steven M. Zook, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 92 |
| v. | : | |
| | : | |
| Cenlar, FSB, | : | |
| | : | |
| Respondent. | : | |

### JOINT STATUS REPORT

AND NOW, come the Debtor, Steven M. Zook, by and through their undersigned Counsel, Brian C. Thompson, Esquire, Thompson Law Group, P.C., and Cenlar, FSB, by and through their Counsel James C. Warmbrodt, and file this Status Report, and represent as follows:

1. As a result of the requested status conference on June 17, 2020, this Court entered an order require a joint status report regarding the Debtor's loss mitigation request.

2. At issue was the lender's request for additional information regarding wage or job loss in November of 2017.

3. Debtor has provided a more detailed hardship letter and has requested copies of his bank statements to supplement the information provided.

4. The lender has requested updated income information and the Debtor is in the process of providing that information as well.

5. The parties continue to work toward a resolution and do not believe that an evidentiary hearing is necessary at this time.

Respectfully submitted,

Dated: July 1, 2020              /s/ Brian C. Thompson, Esquire

Brian C. Thompson
*Counsel for Debtor*
PA ID: 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
T: (724) 799-8404
F: (724) 799-8409
bthompson@thompsonattorney.com


/s/ James C. Warmbrodt, Esquire
James C. Warmbrodt
PA ID: 42524
KML Law Group P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com