FILED
1/22/21 1:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: STEVEN M. ZOOK
- Case Number: 18-24626-GLT         Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 21, 2021 10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

# 98 - Trustee's Certificate of Default to Dismiss H
# 102 - - Amended Plan Dated 11/6/20(FC)
R / M #:  98 / 0

**Appearances:**

Debtor: Lemon
Trustee: Winnecour / Pail / Katz / DeSimone   Warmbrodt
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 2/22/21
   Objections are due on or before 3/16/21
   A hearing on the Amended Plan is set for 4/15/21 at 10:00
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

AP to propose pyt of 2/1/2025