# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24626-GLT |
| | ) | |
| Steven M. Zook, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 110 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 5, 2021 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Steven M. Zook.

2. This is an interim application for the period November 30, 2018 through March 23, 2021.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $3,500.00

5. Applicant requests additional:
   Compensation of $11,600.00
   Reimbursement of Expenses of $215.15

6. A video conference hearing will be held on May 5, 2021 at 1:30 p.m. before Judge Gregory L. Taddonio. All parties wishing to appear by video conference must register by submitting a video conference registration form via the link published 2 on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judgetaddonios-video-conference-hearing-information) no later than 4 p.m. on the business day prior to a scheduled hearing. All counsel and parties participating by video conference shall comply with Judge Taddonio's Modified Procedures for Remote Participation (effective October 1, 2020), (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-procappearances.pdf).

7. Any written objections must be filed with the court and served on Applicant on or before April 9, 2021, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: March 23, 2021         /s/Brian C. Thompson
                              Brian C. Thompson, Esquire
                              PA ID No. 91197
                              THOMPSON LAW GROUP, P.C.
                              125 Warrendale Bayne Road, Suite 200

Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com