## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24626-GLT |
| | ) | |
| Steven M. Zook, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 110 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 5, 2021 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that:

1) The foregoing Application of Thompson Law Group, P.C. for Interim Compensation and Reimbursement of Expenses as Counsel for Debtors, Proposed Order, Exhibits and corresponding Summary Cover Sheet and Notice of Hearing were served via First Class U.S. Mail postage prepaid on the Debtors, United States Trustee, and the Chapter 13 Trustee at the addresses listed on the attached Bankruptcy Clerk's mailing matrix.

2) The Summary Cover Sheet and Notice of Hearing on Professional Fees was served on all creditors and parties in interest listed on the attached Bankruptcy Clerk's mailing matrix via First Class U.S. Mail postage prepaid.

Dated: March 23, 2021            /s/Jeffrey Castello
                                 Jeffrey Castello, Paralegal
                                 THOMPSON LAW GROUP, P.C.
                                 125 Warrendale Bayne Road, Suite 200
                                 Warrendale, PA 15086
                                 (724) 799-8404
                                 jcastello@thompsonattorney.com