# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24626-GLT |
| | ) | |
| Steven M. Zook, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 110, 111 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 5, 2021 at 1:30 p.m. |
| | ) | |
| No Respondent. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING
## APPLICATION FOR COMPENSTATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on March 23, 2021, at Document No. 110 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 111, Objections were to be filed and served no later than April 9, 2021.

It is hereby respectfully requested that the Proposed Order, attached to the Application filed at Document No. 110 be entered by the Court.

Date: April 12, 2021                    /s/ Brian C. Thompson
                                                                    Brian C. Thompson, Esquire
                                                                    Attorney for Debtor
                                                                    PA ID No. 91197
                                                                    THOMPSON LAW GROUP, P.C.
                                                                    125 Warrendale Bayne Road, Suite 200
                                                                    Warrendale, PA 15086
                                                                    (724) 799-8404 Telephone
                                                                    (724) 799-8409 Facsimile
                                                                    bthompson@thompsonattorney.com