**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
5/3/21 6:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24626-GLT |
| | ) | |
| Steven M. Zook, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 110 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | May 5, 2021 at 1:00 p.m. |
| | ) | |
| No Respondent. | ) | |

## ORDER OF COURT

AND NOW, the **APPLICATION OF THOMPSON LAW GROUP, P.C. FOR INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR** is approved for the total amount of **$11,815.15** for services rendered on behalf of the Debtor for the period between November 30, 2018 through March 23, 2021, which represents $11,600.00 in attorney fees and $215.15 in costs.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Prepared by:  Brian Thompson, Esq.

**DEFAULT ENTRY**

Dated: May 03, 2021

Gregory R. Taddonio    hct
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24626-GLT |
| Steven M. Zook | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: lfin | Page 1 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Steven M. Zook, 905 Jackman Avenue, Pittsburgh, PA 15202-2807 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 06, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Cenlar as servicer for Pingora Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Steven M. Zook bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Avalon jhunt@grblaw.com   cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2      User: lfin      Page 2 of 2
Date Rcvd: May 04, 2021      Form ID: pdf900      Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6