# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| Steven M. Zook, | : | Document No.: |
| | : | |
| | : | Related to Document No.: |
| Movant, | : | |
| | : | Related to Claim No.: 8 |
| v. | : | |
| | : | |
| Pingora Loan Servicing, LLC, | : | |
| | : | |

## DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on May 19, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for July 7, 2021.

The new post-petition monthly payment payable to Respondent is $912.92, effective July 1, 2021, per the notice dated May 19, 2021. The Debtor's Plan payment provides for a monthly payment to Pingora Loan Servicing, LLC, of $913.23. Therefore, Debtors' Plan remains sufficient.

Respectfully Submitted,

Date: June 4, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com