**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven M. Zook | CHAPTER 13 |
| | BKY. NO. 18-24626 GLT |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust I and index same on the master mailing list.

    Respectfully submitted,

**/s/Maria Miksich, Esquire**
Maria Miksich, Esquire
Attorney I.D. No. 319383
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
mmiksich@kmllawgroup.com