# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| Steven M. Zook, | : | Document No.: 125 |
| | : | |
| | : | Related to Document No.: |
| Movant, | : | |
| | : | Related to Claim No.: 8 |
| v. | : | |
| | : | |
| Wilmington Savings Fund Society, | : | |
| FSB, as Trustee of Stanwich, | : | |
| Mortgage Loan Trust I, | : | |
| | : | |

## **DEBTORS' DECLARATION OF SUFFICIENT PLAN FUNDING**

Pursuant with the Notice of Mortgage Payment Change filed on September 7, 2021, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtors that the existing payment is sufficient to fund the Plan even with the proposed change for October 1, 2021.

The new post-petition monthly payment payable to Respondent is $910.59, effective October 1, 2021, per the notice dated September 22, 2021. The Debtor's Plan payment provides for a monthly payment to Wilmington Savings Fund Society, FSB, as Trustee of Stanwich Mortgage Loan Trust I, of $913.23. Therefore, Debtors' Plan remains sufficient.

Respectfully Submitted,

Date:  September 22, 2021

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com