## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| Steven M. Zook, | : | Document No.: 126 |
| | : | |
| | : | Related to Document No.: 125 |
| Movant, | : | |
| | : | Related to Claim No.: 8 |
| v. | : | |
| | : | |
| Wilmington Savings Fund Society, | : | |
| FSB, as Trustee of Stanwich, | : | |
| Mortgage Loan Trust I, | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on September 22, 2021, on the parties listed below.

Shabrena Lynch-Horton, Authorized Agent
Liepold, Harrison & Associates
1425 Greenway Drive, Suite 250
Irving, TX 75038

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Wilmington Savings Fund Society
FSB, AS TRUSTEE OF STANWICH
MORTGAGE LOAN TRUST I
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated:  September 22, 2021

/s/ Kristen Finke
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com