## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Steven M. Zook, | : | |
| | : | Document No.: 131 |
| Movants, | : | |
| | : | Related to Document No.: 127, 130 |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | **Hearing Date and Time:** |
| | : | November 17, 2021, at 9:00 a.m. |
| | : | |
| Respondent. | : | |

### CERTIFICATE OF SERVICE

I, Kristen Finke, Paralegal, certify under penalty of perjury that I served the Modified Order Granting Motion For Approval of Trial Loan Modification at Document No. 130 on the following parties at the addresses and or emails listed below on October 7, 2021, via electronic mail and/or first-class mail postage prepaid:

Wilmington Savings Fund Society,
FSB, AS TRUSTEE OF STANWICH
MORTGAGE LOAN TRUST I
Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219
LMP@chapter13trusteewdpa.com

Maria Miksich, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  October 7, 2021_____

/s/ Kristen Finke_____
Kristen Finke, Paralegal
Thompson Law Group, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
kfinke@thompsonattorney.com