## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Steven M. Zook, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 136, 137 |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | **Hearing Date and Time:** |
| | : | April 6, 2022, at 10:00 a.m. |
| Respondent. | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey Castello, Paralegal, certify under penalty of perjury that I served the forgoing Motion for Approval of Final Loan Modification, Loan Modification Summary, Exhibit, Proposed Order and the Notice of Hearing and Response Deadline on the following parties at the addresses listed below on February 14, 2022, via electronic mail and/or first-class mail postage prepaid:

Carrington Mortgage Services
1600 S. Douglass Rd.
Anaheim, CA 92901

Maria Miksich, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Respondent*

Ronda J. Winnecour, Esquire
Office of Chapter 13 Trustee
3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of U.S. Trustee
970 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date:  February 14, 2022

/s/Jeffrey Castello
Jeffrey Castello, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, Pennsylvania 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
jcastello@thompsonattorney.com