## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Steven M. Zook, : | Bankruptcy Case No.: 18-24626-GLT | |
| Debtor. : | Chapter 13 | |
| Steven M. Zook, : | | |
| : | Document No.: | |
| Movant, : | | |
| : | Related to Document No.: 142 | |
| v. : | | |
| No Respondents, : | **Hearing Date and Time:** | |
| : | May 5, 2022 at 10:00 a.m. | |
| Respondent. : | | |

### CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of the Amended Chapter 13 Plan Dated March 22, 2022 at Document No. 142 was served by First Class U.S. mail postage prepaid and/or electronic correspondence on March 22, 2022 on the parties on the attached Bankruptcy Clerk's mailing matrix.

Dated:  March 23, 2021

/s/Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
125 Warrendale-Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com