**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24626-GLT |
| | ) | |
| Steven M. Zook, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| _____ | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 110 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | November 29, 2023 at 10:00 p.m. |
| | ) | |
| No Respondent. | ) | |

**AMENDED SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL
FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.**

To All Creditors and Parties in Interest:

1.     Applicant represents Steven M. Zook.

2.     This is a second application for the period March 24, 2021 through November 1, 2023.

3.     Previous retainer paid to Applicant: $500.00.

4.     Previous interim compensation allowed to Applicant: $11,815.15

5.     Applicant requests additional:
Compensation of $3,600.00
Reimbursement of Expenses of $13.95

6.     An in-person hearing will be held on <u>November 29, 2023 at 10:00 a.m.</u> before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

7.     Any written objections must be filed with the court and served on Applicant on or before <u>November 20, 2023</u>, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: <u>November 3, 2023</u>                    <u>/s/Brian C. Thompson</u>
                                                                Brian C. Thompson, Esquire

PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com