## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 18-24626-GLT |
| | ) | |
| Steven M. Zook, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Document No. |
| | ) | |
| Thompson Law Group, P.C., | ) | Related to Document No. 110 |
| | ) | |
| Applicant, | ) | **Hearing date and time:** |
| vs. | ) | November 29, 2023 at 10:00 a.m. |
| | ) | |
| No Respondent. | ) | |

### AMENDED SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF THOMPSON LAW GROUP, P.C.

To All Creditors and Parties in Interest:

1. Applicant represents Steven M. Zook.

2. This is a second application for the period March 24, 2021 through November 1, 2023.

3. Previous retainer paid to Applicant: $500.00.

4. Previous interim compensation allowed to Applicant: $11,815.15

5. Applicant requests additional:
   Compensation of $3,600.00
   Reimbursement of Expenses of $13.95

6. An in-person hearing will be held on November 29, 2023 at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

7. Any written objections must be filed with the court and served on Applicant on or before November 20, 2023, seventeen (17) days from the date of this notice plus and additional three days if served by mail). Copies of the application are available from the applicant.

Dated: November 8, 2023          /s/Brian C. Thompson
                                 Brian C. Thompson, Esquire

PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404
bthompson@thompsonattorney.com