**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/24/24 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24626-GLT |
| | : | Chapter: | 13 |
| Steven M. Zook | : | | |
| | : | | |
| | : | Date: | 1/24/2024 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**   # 170 Motion to Dismiss Case filed by the ch.13 trustee
    # 172 - Response filed by the Debtor

**APPEARANCES:**
    Debtor:     Brent Lemon
    Trustee:    Owen Katz

**NOTES:**   [10:00]

Katz: End of case shortfall. With takeover date in March, need $5,715 to complete.

Lemon: Asking for 60 days. Debtor will takeover long term continuing debt in March.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 170] is continued to April 3, 2024 at 9 a.m. [Text order].

**DATED:** 1/24/2024