**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-24626-GLT |
| | : | Chapter: | 13 |
| Steven M. Zook | : | | |
| | : | Date: | 4/3/2024 |
| | : | Time: | 09:00 |
| *Debtor(s).* | : | | |

FILED
4/3/24 3:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## PROCEEDING MEMO

**MATTER:**  # 170 Con't Motion to Dismiss Case filed by the ch.13 trustee
   # 172 - Response filed by the Debtor

**APPEARANCES**:
   Debtor:   Brian C. Thompson
   Trustee:   Owen Katz

**NOTES:**  [9:00]

Katz: Can withdraw the motion, subject to some conditions. Debtor will waive the balance of attorney fees in the plan, and so trustee will waive plan base that was going to go toward fees. Long term continuing debt takeover still in March.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Motion to Dismiss* [Dkt. No. 170] is DENIED as withdrawn. [Text order].

**DATED:** 4/3/2024