## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| Debtor. | : | Chapter 13 |
| _____ | : | |
| Steven M. Zook, | : | |
| | : | Document No.: |
| Movant, | : | |
| | : | Related to Document No.: 181 |
| v. | : | |
| | : | |
| No Respondents, | : | |
| | : | |
| Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is **not** required to pay any Domestic Support Obligations

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On April 11, 2024, at docket number 181, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Debtor*: Steven M. Zook*. Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: April 25, 2024                    /s/ *Steven M. Zook*
                                         ID DpeZpoSqRqnje1ygthu6keM1
                                         Steven M. Zook, Debtor

                                         Respectfully submitted,

Dated: April 25, 2024                    /s/Brian C. Thompson
                                         Brian C. Thompson, Esquire
                                         PA ID: 91197
                                         Thompson Law Group, P.C.
                                         301 Smith Drive, Suite 6
                                         Cranberry Township, PA 16066
                                         (724) 799-8404 Telephone
                                         bthompson@thompsonattorney.com

## eSignature Details

**Signer ID:**     **DpeZpoSqRqnje1ygthu6keM1**
Signed by:         Steven M. Zook
Sent to email:     Zook.Steve@gmail.com
IP Address:        74.98.253.92
Signed at:         Apr 25 2024, 11:27 am EDT