Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Steven M. Zook** | : | Case No. 18−24626−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 183 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/21/24 at 11:00 AM |
| | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

   *AND NOW,* this ***The 25th of April, 2024***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 183 by the Chapter 13 Trustee,

   It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

   (1)   **On or before June 9, 2024**, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

   (2)   This Motion is scheduled for hearing on ***June 21, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at:
http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).
**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

   (3)   If, after proper service, a Respondent fails to timely file a ***Response***, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

   (4)   Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Steven M. Zook  
    Debtor

Case No. 18-24626-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 26, 2024      Form ID: 604      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven M. Zook, 905 Jackman Avenue, Pittsburgh, PA 15202-2807 |
| cr | + | Borough of Avalon, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14957694 | + | Amber Zook, 180 Mt. Pleasant Road, Warrendale, PA 15086-7555 |
| 14996828 | + | Borough of Avalon, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14957702 | + | Duquesne Light Company, Payment Processing Center, PO Box 67, Pittsburgh, PA 15267-0067 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2024 23:49:00 | Wilmington Savings Fund Society, FSB., et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14957693 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 23:50:00 | ACAR Leasing LTD, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14957695 | + | Email/Text: ebnjts@grblaw.com | Apr 26 2024 23:49:00 | Borough of Avalon, c/o Goehring Rutter & Boehm, Jeffrey R. Hunt Esquire, 437 Grant Street, 14th Floor, Frick Bldg, Pittsburgh, PA 15219-6107 |
| 15569438 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2024 23:49:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92803 |
| 15385834 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 26 2024 23:49:00 | WILMINGTON SAVINGS FUND SOCIETY,, FSB, AS TRUSTEE OF STANWICH, MORTGAGE LOAN TRUST I, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14957699 | | Email/Text: BKelectronicnotices@cenlar.com | Apr 26 2024 23:50:00 | Cenlar FSB, PO Box 77404, Ewing, NJ 08628 |
| 14957697 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:21:00 | Capital One, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 14957696 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:32:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14971212 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2024 00:06:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14969387 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2024 00:21:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14957698 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2024 23:52:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Suite 4A, Valhalla, NY 10595-2323 |
| 14959985 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2024 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste |

Case 18-24626-GLT   Doc 186   Filed 04/28/24   Entered 04/29/24 00:29:21   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2024 | Form ID: 604 | Total Noticed: 28 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 400, Valhalla, NY 10595-2321 |
| 14989825 | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 23:49:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14957701 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:06:53 | Citibank SD, N.A., PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14986991 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 26 2024 23:52:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14957703 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Apr 26 2024 23:50:00 | GM Financial, PO Box 1181145, Arlington, TX 76096 |
| 14957700 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2024 00:07:12 | Chase Card Services, PO Box 15298, Wilmington, DE 19850 |
| 14957704 | ^ | MEBN | Apr 26 2024 23:45:58 | KML Law Group, PC, Mellon Independence Center, Ste 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14957705 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 26 2024 23:49:00 | Kohl's Department Stores, Inc., PO Box 3115, Milwaukee, WI 53201-3115 |
| 14957706 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2024 00:06:54 | LVNV Funding, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14957707 | + | Email/Text: BKelectronicnotices@cenlar.com | Apr 26 2024 23:50:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14984108 | | Email/PDF: ebn_ais@aisinfo.com | Apr 27 2024 00:07:53 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14957708 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Apr 26 2024 23:51:00 | Westlake Financial Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cenlar as servicer for Pingora Loan Servicing, LLC |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14989837 | *+ | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Blvd., Ewing, NJ 08618-1430 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024          Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 26, 2024 | Form ID: 604 | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Steven M. Zook bthompson@ThompsonAttorney.com blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Denise Carlon | on behalf of Creditor Cenlar as servicer for Pingora Loan Servicing LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB., et al dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Avalon jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Cenlar as servicer for Pingora Loan Servicing LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8