## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| Steven M. Zook, | : | Document No.: 188 |
| | : | |
| | : | Related to Document No.: |
| Movant, | : | |
| | : | Related to Claim No.: 8 |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| | : | |

## DEBTOR'S DECLARATION OF SUFFICIENT PLAN FUNDING

Pursuant with the Notice of Mortgage Payment Change filed on April 23, 2024, after reasonable investigation and upon review of the existing Chapter 13 Plan, it appears to Debtor that the existing plan has been completed.  Furthermore, Debtor has resumed direct payment of long-term continuing debt.

Respectfully Submitted,

Date: May 3, 2024

/s/Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtors
PA I.D. # 91197
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com