# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Steven M. Zook, | : | Bankruptcy Case No.: 18-24626-GLT |
| | : | |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| Steven M. Zook, | : | Document No.: 189 |
| | : | |
| | : | Related to Document No.: 188 |
| Movant, | : | |
| | : | Related to Claim No.: 8 |
| v. | : | |
| | : | |
| Carrington Mortgage Services, LLC, | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Maya Rowe, Paralegal, hereby certify that a copy of Declaration of Sufficient Plan Funding was served by First Class U.S. mail postage prepaid and/or electronic correspondence on May 3, 2024, on the parties listed below.

Randall Miller, Agent
Carrington Mortgage Services, LLC
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Dated: May 3, 2024

/s/ Maya Rowe
Maya Rowe, Paralegal
Thompson Law Group, P.C.
301 Smith Drive, Suite 6
Cranberry Township, PA 16066
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
mrowe@thompsonattorney.com